x-JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MONTOUR, et al. | CASE NO. CV 07-5215 DSF (RZx) |
| Plaintiff, | JUDGMENT FOR DEFENDANTS AFTER COURT TRIAL |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE CO., et al., | |
| Defendants. | |

The Court having conducted a trial of this case on the administrative record, having heard the arguments of the parties, and having issued its Findings of Fact and Conclusions of Law After Court Trial, it is ORDERED, ADJUDGED AND DECREED that judgment be entered against plaintiff and in favor of defendants, that the plaintiff take nothing, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 4-7-08

Dale S. Fischer
United States District Judge